[No. 4741–1. Division One. May 2, 1977.]

*In the Matter of the Welfare of*
LEILAH LYNN MCDANIEL.

Certiorari to review a judgment of the Superior Court for King County, No. J–73617, Janice Niemi, J., entered May 11, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams and Callow, JJ.

[No. 4745–1. Division One. May 2, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES EDWARD BOBO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75631, Robert A. Hannan, J., entered April 28, 1976. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Andersen, A.C.J., and Williams, J.

[No. 4770–1. Division One. May 2, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM KEITH LEONARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75360, Frank H. Roberts, Jr., J., entered June 1, 1976. *Dismissed* by unpublished per curiam opinion.